# HILO FINANCE & THRIFT COMPANY, LIMITED
## v. GEORGE B. CAREY.

### NO. 2935.

FILED OCTOBER 26, 1953.        DECIDED DECEMBER 1, 1953.

LE BARON, J., AND CIRCUIT JUDGES CORBETT AND HEWITT
IN PLACE OF TOWSE, C. J., AND STAINBACK, J.,
DISQUALIFIED.

*Per Curiam.* This is a petition for rehearing of the cause decided by this court in its opinion as recorded on page 352, *ante.* The petition constitutes a running comment on that opinion and is purely argumentative.

Petition denied without argument.

*B. Houston* for petition.